Noah D. Lebowitz [SBN 194982]
Mark C. Peters [SBN 160611]
DUCKWORTH · PETERS · LEBOWITZ LLP
235 Montgomery Street, Suite 1010
San Francisco, California 94104
Telephone: (415) 433-0333
Facsimile: (415) 449-6556
E-mail: noah@dplsf.com
　　　　mark@dplsf.com

Attorneys for Plaintiff
ANTHONY M. GAIRNESE

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

(San Jose Division)

| | |
|---|---|
| ANTHONY M. GAIRNESE,<br><br>　　Plaintiff,<br><br>v.<br><br>KING PHARMACEUTICALS, INC.,<br><br>　　Defendants. | Case No. C 09 04839 JW<br><br>**STIPULATION & [PROPOSED] ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE** |

　　　　WHEREAS, the Initial Case Management Conference in this case is currently set to take place at 10:00 a.m. on February 8, 2010;

　　　　WHEREAS, Noah D. Lebowitz, lead counsel for the plaintiff, has received a notice to attend Jury Duty in Alameda County Superior Court on that same date;

　　　　WHEREAS, the parties have met and conferred regarding Mr. Lebowitz' scheduling conflict;

- 1 -
STIPULATION & [PROPOSED] ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE

THEREFORE IT IS HEREBY STIPULATED AND AGREED, that the Initial Case Management Conference in this case be <u>continued</u> by two weeks, to February 22, 2010 at 10:00 am.

Dated:  November 20, 2009                    DUCKWORTH · PETERS · LEBOWITZ LLP


By:_____/s/_____,
        Noah D. Lebowitz
Attorneys for Plaintiff Anthony M. Gairnese


Dated:  November 17, 2009                    JACKSON LEWIS LLP


By: _____/s/_____,
        C. Christine Maloney
Attorneys for Defendant King Pharmaceuticals, Inc.

### <u>ORDER</u>

Having considered the above Stipulation, and finding good cause, the Court HEREBY ORDERS that the Initial Case Management Conference in this case is hereby CONTINUED to February 22, 2010 at 10:00 a.m.   All other dates currently scheduled remain unchanged.


Dated:  December 28, 2009                    _____/s/ James Ware_____
                                             HON. JAMES WARE
                                             U.S. DISTRICT COURT JUDGE