Noah D. Lebowitz [SBN 194982]
Mark C. Peters [SBN 160611]
DUCKWORTH · PETERS · LEBOWITZ LLP
235 Montgomery Street, Suite 1010
San Francisco, California  94104
Telephone: (415) 433-0333
Facsimile: (415) 449-6556
E-mail:  noah@dplsf.com
        mark@dplsf.com

Attorneys for Plaintiff
ANTHONY M. GAIRNESE

IT IS SO ORDERED
AS MODIFIED

*James Ware*

Judge James Ware

4/9/2010

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

(San Jose Division)

| | |
|---|---|
| ANTHONY M. GAIRNESE,<br><br>     Plaintiff,<br><br>v.<br><br><br>KING PHARMACEUTICALS, INC.,<br><br>     Defendants. | Case No. C 09 04839 JW<br><br><br>**STIPULATION & [PROPOSED] ORDER RE:  ADR** |

WHEREAS, on February 17, 2010, this Court issued its Scheduling Order in this case, in which the parties were ordered to engage in a telephonic conference with the Court's ADR Program to discuss an appropriate ADR process for this case;

WHEREAS, on March 9, 2010, the parties complied with that order and held a telephonic conference with the ADR Program representative;

WHEREAS, with the assistance of the ADR program representative, the parties stipulate and agree as follows:

- 1 -

Duckworth · Peters · Lebowitz  LLP
235 Montgomery Street, Suite 1010
San Francisco, CA  94104
415-433-0333    415-449-6556 (Fax)

1       The parties have agreed to private mediation, to take place after each side has had

2 the opportunity to take one deposition. The Plaintiff will take the deposition of Allison

3 Koch and the Defendant will take the deposition of the Plaintiff. Both depositions will be

4 scheduled for April 2010. Within 90 days after both of those depositions are completed,

5 the parties will attend and complete mediation with a private mediator.

6

7 Dated:   March 19, 2010                       DUCKWORTH · PETERS · LEBOWITZ LLP

8

9                                    By:_____/s/_____,

10                                      Noah D. Lebowitz
                                     Attorneys for Plaintiff Anthony M. Gairnese

11

12 Dated:   March 18, 2010                       JACKSON LEWIS LLP

13

14

15                                      By: _____/s/_____,

16                                      C. Christine Maloney
                                     Attorneys for Defendant King Pharmaceuticals, Inc.

17

18

19                           **IT IS SO ORDERED AS MODIFIED**

20       Having considered the above Stipulation, and finding good cause, the Court HEREBY

21 ORDERS the parties to engage in private mediation within 90 days of the date of this order.

22

23

24

25 Dated:   April 9, 2010                            _____
                                HON. JAMES WARE

26                                 U.S. DISTRICT COURT JUDGE

27

28

*Duckworth · Peters · Lebowitz LLP
235 Montgomery Street, Suite 1010
San Francisco, CA 94104
415-433-0333    415-449-6556 (Fax)*

STIPULATION & [PROPOSED] ORDER RE: ADR