1  Christine Maloney (SBN 226575)
   Suzanna K. Yeghiazarians (SBN 229155)
2  JACKSON LEWIS LLP
   199 Fremont Street, 10th Floor
3  San Francisco, California 94105
   Telephone: (415) 394-9400
4  Facsimile: (415) 394-9401
   E-mail: maloneyc@jacksonlewis.com
5  E-mail: yeghiazarianss@jacksonlewis.com

6  Attorneys for Defendant
   KING PHARMACEUTICALS, INC.
7

8                UNITED STATES DISTRICT COURT

9           NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

10

11 ANTHONY M. GAIRNESE,                  Case No. CV 09-04839 JW

12              Plaintiff,               **STIPULATION AND [PROPOSED]
                                         ORDER TO EXTEND ADR DEADLINE**
13       v.

14 KING PHARMACEUTICALS, INC.,

15              Defendants.

16

17
        WHEREAS, on February 17, 2010, this Court issued its Scheduling Order in this case, in
18
   which the parties were ordered to engage in a telephonic conference with the Court's ADR
19
   Program to discuss an appropriate ADR process for this case;
20
        WHEREAS, on March 9, 2010, the parties complied with that order and held a telephonic
21
   conference with the ADR Program representative;
22
        WHEREAS, with the assistance of the ADR program representative, the parties stipulated
23
   to engage in private mediation after each side had the opportunity to take one deposition in April
24
   2010, and to attend and complete mediation within 90 days (July 2010) after both of those
25
   depositions were completed.
26
        WHEREAS, on April 9, 2010, this Court issued an Order, pursuant to the stipulation of
27
   the parties, for mediation to be completed in July 2010.
28
                                              1

WHEREAS, due to scheduling conflicts and the unavailability of the parties, the parties have been unable to complete mediation by July 2010.

WHEREAS, the parties have scheduled a mediation in this matter on August 13, 2010, before JAMS mediator Michael Loeb.

WHEREAS, the parties through their respective counsel of record stipulate and agree as follows:

The parties have agreed to continue the mediation completion date in this matter to August 31, 2010.

Dated: July 1?, 2010

DUCKWORTH · PETERS · LEBOWITZ LLP

By: _____
Noah D. Lebowitz
Attorneys for Plaintiff
ANTHONY GAIRNESE

Dated: July 19, 2010

JACKSON LEWIS LLP

By: _____
C. Christine Maloney
Suzanna K. Yeghiazarians
Attorneys for Defendant
KING PHARMACEUTICALS, INC.

## ORDER

Having considered the above Stipulation, and finding good cause, the Court HEREBY ORDERS the parties to engage in private mediation by August 31, 2010.

Dated: July 23, 2010

_____
HON. JAMES WARE
U.S. DISTRICT COURT JUDGE

STIPULATION AND [PROPOSED] ORDER
TO EXTEND ADR DEADLINE
Case No. CV-09-04839 JW

2